Thursday, July 21, 1988

## MOTION DOCKET

**88-1172.** State v. Jones. *Licking County,* No. CA-3333. On motion to set bond. Motion denied.

Sweeney and H. Brown, JJ., dissent.

Wright, J., not participating.

Monday, July 25, 1988

## MOTION DOCKET

**88-1127.** State v. Lawrence. *Cuyahoga County,* No. 52036. On motion for stay. Motion granted.

Locher, J., not participating.

Wednesday, August 3, 1988

## MERIT DOCKET

**88-762.** State, ex rel. Fisher, v. Milligan. In Procedendo. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-885.** Kable v. Mitrovich. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-957.** State, ex rel. Sales, v. Court of Claims of Ohio. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-958.** State, ex rel. Kilbane, v. McGrath. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1001.** State, ex rel. Thomas, v. Ohio Dept. of Rehab. & Corr. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1007.** Hampton v. Court of Claims of Ohio. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1031.** State, ex rel. Wilson, v. Moyer. In Procedendo. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

Moyer, C.J., not participating.

**88-1115.** Justice v. McMackin. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1120.** In re Application of Holbert. In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

## MOTION DOCKET

**87-1357.** Smith v. Nationwide Mut. Ins. Co. *Summit County,* No. 12938. On motion to tax as costs. Motion granted. Reported at 37 Ohio St. 3d 150, 524 N.E. 2d 507.

Locher and Douglas, JJ., dissent.

**87-1657.** White v. Wyeth Laboratories, Inc. *Cuyahoga County,* Nos. 52108 and 52564. On motion for leave to appear *pro hac vice* on behalf of American Academy of Pediatrics. Motion denied for failure to comply with Section 6, Rule VII of the Supreme Court Rules of Practice, which provides in part that "[s]uch motion shall be co-signed by a member of the bar of Ohio in good standing who shall act as sponsor of such attorney of record."

Sweeney and Douglas, JJ., dissent.

**87-1956.** Johnson v. Ashtabula Cty. Medical Ctr. *Ashtabula County,* No. 1322. On motion for leave to file *amicus* of Ohio AFL/CIO and United Autoworkers. Motion granted. *Amicus* must be filed on or before the expiration of thirty days from the date of this order.

Sweeney and Douglas, JJ., would grant the relief requested in the motion.

Holmes, J., dissents.

**87-2055.** State, ex rel. Fostoria Daily Review Co., v. Fostoria Hospital Assn. In Mandamus. On motion of *amicus* for leave to file reply. Motion granted.

Wright, J., not participating.